IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    -vs.-<br><br>ISIAH CRENSHAW ET AL.,<br><br>               Defendant. | CASE NO. 1:23-CR-284<br><br>JUDGE PATRICIA A. GAUGHAN |

## MOTION TO CONTINUE

Now comes Defendant, Isiah Crenshaw, by and through undersigned counsel, who hereby moves this Honorable to continue the sentencing scheduled on April 17, 2024 at 11:30 AM.  The reason for said request is undersigned counsel has a medical emergency and is unable to attend Defendant's sentencing.

Wherefore, Mr. Crenshaw prays this Honorable Court grant his motion and continue the sentencing to a later date and time.

                                          Respectfully submitted,

                                          **/s/ Rachelle M. Smith**
                                          RACHELLE M. SMITH (#0099509)
                                          16855 Foltz Industrial Parkway
                                          Strongsville, Ohio 44149
                                          P:     440.471.7784
                                          F:     440.398.0536
                                          attorneysmith@patitucelaw.com
                                          *Attorney for Isiah Crenshaw*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Continue was served upon all interested parties by way of the e-filing system for the Clerk of Courts on this 16th day of April, 2024.

**/s/ Rachelle M. Smith**
RACHELLE M. SMITH (#0099509)
*Attorney for Isiah Crenshaw*